**Order entered November 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01144-CV

### IN RE: ESTATE OF WILLIAM GRIFFITH, DECEASED

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-19-00996-1**

## ORDER

Before the Court is appellees' November 20, 2019 motion for an extension of time to file

their brief on the merits. We **GRANT** the motion **TO THE EXTENT** that appellees shall file

their brief by **December 2, 2019**.

/s/ ERIN A. NOWELL
   JUSTICE